LATHAM & WATKINS
  John J. Lyons (Bar No. 071758)
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Telephone: (213) 485-1234
Facsimile:  (213) 891-8763

  Steven M. Bauer (Bar No. 135067)
  James L. Day (Bar No. 197158)
505 Montgomery Street, Suite 1900
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile:  (415) 395-8095

Attorneys for Defendant
CONOCOPHILLIPS COMPANY
(successor in interest to Tosco Corporation)

**FILED**

JUL 2 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO JUDICIAL DISTRICT

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TOSCO CORPORATION, and DOES 1 through 20, <br><br> Defendants. | CASE NO. C 04-04917 SI <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND ORDER CONTINUING
CASE MANAGEMENT CONFERENCE
Case Number: C 04-04917 SI

Case 3:04-cv-04917-SI   Document 28   Filed 07/28/05   Page 2 of 3
Jul-25-05  05:32pm  From-GORDON & REES LLP  415-986-8054  T-453  P.003/003  F-355
Case 3:04-cv-04917-SI   Document 27   Filed 07/25/2005   Page 2 of 3

1   Whereas, the Court has set a further case management conference in this case for July 29,
2   2005 at 2:30 p.m.; and
3   Whereas, a scheduling conflict has recently arisen and Defendant's counsel is no longer
4   available on the currently scheduled date;
5   Wherefore, the parties have agreed that the case management conference should be
6   continued to Friday, August 19, 2005 at 2:30 p.m. before the Honorable Susan Illston.
7   IT IS SO STIPULATED.

8   Dated: July 25, 2005                     GORDON & REES LLP

9
                                             By _____
10                                           Laura L. Geist
                                             Attorneys for Plaintiff
11                                           TRAVELERS PROPERTY CASUALTY
                                             COMPANY OF AMERICA
12

13  Dated: July 25, 2005                     LATHAM & WATKINS LLP

14
                                             By _____
15                                           James L. Day
                                             Attorneys for Defendant
16                                           CONOCOPHILLIPS COMPANY

17

18                                       **ORDER**

19  The case management conference scheduled for July 29, 2005 is continued to
20  Friday, Sept. 2 ~~August 19~~, 2005 at 2:30 p.m.
21  PURSUANT TO STIPULATION, IT IS SO ORDERED.

22
23  Dated: 7/28/05                           _____
                                             The Honorable Susan Illston
24                                           United States District Judge

25
26
27
28

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO
                                             2                    STIP. AND ORDER CONTINUING
                                                                  CASE MANAGEMENT CONFERENCE
                                                                  Case Number: C 04-04917 SI

Whereas, the Court has set a further case management conference in this case for July 29, 2005 at 2:30 p.m.; and

Whereas, a scheduling conflict has recently arisen and Defendant's counsel is no longer available on the currently scheduled date;

Wherefore, the parties have agreed that the case management conference should be continued to Friday, August 19, 2005 at 2:30 p.m. before the Honorable Susan Illston.

IT IS SO STIPULATED.

Dated: July 25, 2005              GORDON & REES LLP

                                  By _____
                                  Laura L. Geist
                                  Attorneys for Plaintiff
                                  TRAVELERS PROPERTY CASUALTY
                                  COMPANY OF AMERICA

Dated: July 25, 2005              LATHAM & WATKINS LLP

                                  By _____
                                  James L. Day
                                  Attorneys for Defendant
                                  CONOCOPHILLIPS COMPANY

## ORDER

The case management conference scheduled for July 29, 2005 is continued to Friday, August 19, 2005 at 2:30 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____    _____
                                  The Honorable Susan Illston
                                  United States District Judge

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO
                                   2                    STIP. AND ORDER CONTINUING
                                                        CASE MANAGEMENT CONFERENCE
                                                        Case Number: C 04-04917 SI