IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY,<br><br>        Plaintiff,<br><br>    v.<br><br>TOSCO CORPORATION,<br><br>        Defendant.<br>_____/ | No. C 04-04917 SI<br><br>**SECOND<br>PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is March 7, 2005.

DESIGNATION OF EXPERTS: 2/10/06;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 7, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by January 27, 2006;

    Opp. Due February 10, 2006 Reply Due February 17, 2006;

    and set for hearing no later than March 3, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 14, 2006 at 3:30 PM.
(Pretrial filings due: 3/7/05)

JURY TRIAL DATE: March 20, 2006 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
none

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/7/05

                                        SUSAN ILLSTON
                                        United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY,<br><br>        Plaintiff,<br><br>   v.<br><br>TOSCO CORPORATION,<br><br>        Defendant.<br>_____/ | No. C 04-04917 SI<br><br>**SECOND<br>PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is March 7, 2005.

DESIGNATION OF EXPERTS: 2/10/06;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 7, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by January 27, 2006;

    Opp. Due February 10, 2006   Reply Due February 17, 2006;

    and set for hearing no later than March 3, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 14, 2006 at 3:30 PM.
(Pretrial filings due: 3/7/05)

JURY TRIAL DATE: March 20, 2006 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
none

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/7/05

                                        SUSAN ILLSTON
                                        United States District Judge