DAVID C. CAPELL (SBN 114691)
LAURA L. GEIST (SBN 180826)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
(415) 986-5900 / (415) 986-8054 Fax

Attorneys for Plaintiff TRAVELERS PROPERTY
CASUALTY COMPANY OF AMERICA

LATHAM & WATKINS
   John J. Lyons (Bar No. 071758)
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

   Steven M. Bauer (Bar No. 135067)
   James L. Day (Bar No. 197158)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Attorneys for Defendant
CONOCOPHILLIPS COMPANY
Successor in Interest to TOSCO CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>                Plaintiff,<br><br>v.<br><br>TOSCO CORPORATION, a Nevada corporation, and DOES 1 through 20,<br><br>                Defendants. | CASE NO. CV 04917 (SI)<br><br>**STIPULATION AND [PROPOSED ORDER] TO FILE CIVIL SETTLEMENTS UNDER SEAL** |

    Pursuant to Civil L.R. 79-5(b), 7-11, and 7-12, Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and Defendant CONOCOPHILLIPS COMPANY (erroneously sued as and successor in interest to TOSCO CORPORATION) ("Tosco") by and through their respective counsel of record, hereby stipulate as follows:

-1-
STIPULATION AND [PROPOSED ORDER] TO FILE CIVIL SETTLEMENTS UNDER SEAL
CV 04917(SI)

1. The Settlement Agreement and Release entered into between Tosco and Steven Duncan (attached as Exhibit A to the Declaration of Raymond Saccoccio in Support of Travelers' Motion For Summary Judgment or, In the Alternative for Summary Adjudication) contains a confidentiality clause which states that the entire agreement shall remain confidential absent mutual consent by the parties to the agreement or a valid government directive;

2. The Settlement Agreement and Release entered into between Tosco and the Estate of Ernest Pofahl (attached as Exhibit A to the Declaration of Raymond Saccoccio in Support of Travelers' Motion For Summary Judgment or, In the Alternative for Summary Adjudication) contains a confidentiality clause which states that the entire agreement shall remain confidential absent mutual consent by the parties to the agreement or a valid government directive;

3. Neither Steven Duncan nor the Estate of Ernest Pofahl has consented to the public disclosure of the settlement agreements;

4. The settlement agreements were produced in discovery in this action pursuant to a stipulated protective order wherein the parties agreed that if confidential information is included in any papers to be filed with the Court, the papers shall be filed under seal pursuant to Civil Local Rule 79-5 until further order by the Court.

**IT IS SO STIPULATED.**

Dated: 1-27-06

GORDON & REES, LLP

By: _____
David C. Capell
Laura L. Geist
Attorneys for Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

-2-
STIPULATION AND [PROPOSED ORDER] TO FILE CIVIL SETTLEMENTS UNDER SEAL

CV 04917(SI)

*(Left margin: Gordon & Rees LLP, Embarcadero Center West, 275 Battery Street, Suite 2000, San Francisco, CA 94111)*

| | |
|---|---|
| Dated: Jan. 27, 2006 | LATHAM & WATKINS LLP<br><br>By: _____<br>James L. Day<br>Attorneys for Defendant CONOCOPHILLIPS COMPANY, Successor in Interest to TOSCO CORPORATION |

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

TRAV\1017344\951163.1

-3-
STIPULATION AND [PROPOSED ORDER] TO FILE CIVIL SETTLEMENTS UNDER SEAL

CV 04917(SI)

# ORDER

Having reviewed and considered the foregoing Stipulation of the parties, the Joint Administrative Motion to File Under Seal, the Declaration of Katherine M. Meyers, and good cause appearing for the same, it is hereby ordered that the Settlement and Release Agreements entered into between Steven Duncan and Tosco and the Estate of Ernest Pofahl and Tosco should be sealed.

**IT IS SO ORDERED.**

Dated: _____  By: _____
UNITED STATES DISTRICT JUDGE
Honorable



IT IS SO ORDERED
Judge Susan Illston

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111