DAVID C. CAPELL (SBN 114691)
LAURA L. GEIST (SBN 180826)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
(415) 986-5900 / (415) 986-8054 Fax

Attorneys for Plaintiff TRAVELERS PROPERTY
CASUALTY COMPANY OF AMERICA

LATHAM & WATKINS
   John J. Lyons (Bar No. 071758)
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Steven M. Bauer (Bar No. 135067)
James L. Day (Bar No. 197158)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Attorneys for Defendant
CONOCOPHILLIPS COMPANY
Successor in Interest to TOSCO CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>TOSCO CORPORATION, a Nevada corporation, and DOES 1 through 20,<br><br>                Defendants. | CASE NO. CV 04917 (SI)<br><br>**STIPULATION FOR NON-JURY TRIAL** |

Pursuant to Federal Rules of Civil Procedure 38(d) and 39(a)(1), Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and Defendant CONOCOPHILLIPS COMPANY (erroneously sued as and successor in interest to TOSCO CORPORATION) by and

-1-

STIPULATION FOR NON-JURY TRIAL

through their respective counsel of record, hereby stipulate to a non-jury trial.

**IT IS SO STIPULATED.**

Dated: 3/8/06

GORDON & REES, LLP

By: /s/ Giovanna Lum for
David C. Capell
Laura L. Geist
Attorneys for Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Dated: 3/8/06

LATHAM & WATKINS LLP

By: /s/
James L. Day
Attorneys for Defendant CONOCOPHILLIPS COMPANY, Successor in Interest to TOSCO CORPORATION



IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-